

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19-CR-4344-WQH |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT TO DISMISS THE COMPLAINT WITHOUT PREJUDICE** |
| v. | |
| JESUS ALEJANDRO CRUZ-MARTINEZ, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing, IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 31, 2020

HON. WILLIAM Q. HAYES
United States District Judge

1

19-CR-4344-WQH